**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:16-cv-62324-UU

BERTRAND DEMERS, *et al.*,

Plaintiffs,

v.

POMPANO PLACE CONDOMINIUMS ASSOCIATION, INC.,

Defendant.
_______________________________________________/

**ORDER**

THIS CAUSE comes before the Court upon *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On September 28, 2016, Plaintiffs filed this Complaint against Defendant. D.E. 1. Based upon this Court's review of the docket, Plaintiffs have failed to serve Defendant, and/or have failed to file verified proof of service, despite the summons having been issued on September 28, 2016. D.E. 4. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiffs SHALL show good cause in writing by **Friday, October 21, 2016**, as to why Plaintiffs have failed to serve Defendant. In the alternative, Plaintiffs SHALL file the verified proof of service by this date and/or state, in detail, why Defendant has not yet been served. Failure to comply with this Order will result in the dismissal of this action without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of October, 2016.

UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf